1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHN M. FORD

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )   NO. CR-S-08-0105 LKK
12                                  )
                Plaintiff,          )
13                                  )   ORDER AFTER HEARING
        v.                          )
14                                  )
   JOHN M. FORD                     )
15              Defendant.          )
                                    )
16                                  )
   _____
17

18
        This matter came before the Court for a Status Conference on
19
   March 25, 2008, in the courtroom of the Honorable Lawrence K. Karlton,
20
   Senior United States District Judge.  The government was represented by
21
   its counsel, Assistant United States Attorney Michelle Rodriguez, and
22
   defendant JOHN M. FORD was present and in custody, represented by his
23
   counsel, Assistant Federal Defender Matthew C. Bockmon.
24
        A Further Status Conference/Change of Plea hearing was set for
25
   April 1, 2008, at 9:30 a.m. in Courtroom 4.
26
        Therefore, good cause appearing,
27
        IT IS ORDERED that this matter be continued to April 1, 2008, at
28

1  9:30 a.m. for a Further Status Conference/Change of Plea hearing.
2      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
3  (iv), and Local Code T4, the period from March 25, 2008, through and
4  including April 1, 2008, is excluded from the time computations
5  required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: March 27, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2