```
                                              FILED
                                              June 12, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:08-CR-0105 LKK
       Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
JOHN M. FORD, )
)
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN M. FORD , Case No.  2:08-CR-0105,

Charge  18 U.S.C § 1341 - Mail Fraud , from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of $\_

          \_    Unsecured Appearance Bond

          \_    Appearance Bond with 10% Deposit

          \_    Appearance Bond with Surety

          \_    Corporate Surety Bail Bond

    ✔    (Other)    On  06/10/2008  Defendant was sentenced to 36

                              months probation.

Issued at  Sacramento, CA  on  June 12, 2008  at  12:51 pm .

                                                  By _/s/ Lawrence K. Karlton_
                                                       Lawrence K. Karlton
                                                       United States District Judge

Original - U.S. Marshal